

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00110-CV

**THE WILLIAMSBURG CARE COMPANY L.P.**,
d/b/a Princeton Place Rehabilitation and Healthcare,
Appellant

v.

Jesusa **ACOSTA**, Individually and as Representative of the Estate of Maria Acosta, Deceased,
And Magdalena Acosta, Alicia Garcia, Jeffie Acosta, Horacio Acosta, Maria Guadalupe
Baldazo, Edward Acosta, Antonio Acosta, Jr., and Adelita Acosta Gonzalez, All Individually;
Mary Jane Esparza, Individually;
Melissa Rodriguez, Antonio Rodriguez, and Raymond Rodriguez, Individually and as All Heirs
of Mary Esther Rodriguez, Deceased;
Cecilia Romo, Individually;
Juan Saucedo, Individually; and
Diana G. Tayles, Individually,[1]
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16420
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order declining to compel arbitration is AFFIRMED.

It is ORDERED that appellees recover their costs of appeal from appellant The Williamsburg Care Company, L.P. d/b/a Princeton Place Rehabilitation and Healthcare.

SIGNED June 26, 2013.

_____
Rebecca C. Martinez, Justice

---

[1] A suggestion of death has been filed by Anna Ramirez as the Representative of the Estate of Diana G. Tayles.